1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9   Karen Austin,                          )    No. CV 06-0313-PHX-ECV
                                           )
10               Plaintiff,                )    **ORDER**
                                           )
11  vs.                                    )
                                           )
12                                         )
    Arizona Disciples Homes, Inc., et al., )
13                                         )
                 Defendants.               )
14                                         )
    _____      )
15

16        Pending before the court are Plaintiff's Motion for Settlement Conference (Doc. #25)

17  and Plaintiff's Motion for Order Allowing Plaintiff to File Third Amended Complaint (Doc.

18  #30).

19        Plaintiff's one-line motion for a settlement conference simply asks the court to order

20  one. It presents no reasons to support the request. Defendants filed a Response (Doc. #28)

21  in which they oppose the motion because the parties have not yet engaged in meaningful

22  discovery. Defendants further state that the parties have agreed to participate in a private

23  mediation when the time is appropriate. Plaintiff has not filed a reply in support of her

24  motion. In light of Plaintiff's failure to identify any reasons to order a settlement conference

25  at this time, and based on Defendants' reasons for opposing the request, the court will deny

26  Plaintiff's motion without prejudice. Plaintiff may re-urge the motion at an appropriate time

27  but must present valid reasons to support it.

28

1    Regarding Plaintiff's motion for permission to file a third amended complaint,

2  Defendants have filed a Response (Doc. #31) indicating they have no objection to the

3  request.  Accordingly, the motion will be granted.[1]

4  **IT IS THEREFORE ORDERED:**

5    That Plaintiff's Motion for Settlement Conference (Doc. #25) is **denied without**

6  **prejudice**; and

7    That Plaintiff's Motion for Order Allowing Plaintiff to File Third Amended Complaint

8  (Doc. #30) is **granted**.

9    DATED this 24th day of July, 2006.

10

11

12

13

14                                        Edward C. Voss
                                   United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26 _____

27    [1] It appears that Plaintiff mistakenly filed the Third Amended Complaint before
   seeking the court's permission.  Doc. #23. Given the court's decision to grant the motion,
28 Plaintiff need not re-file the Third Amended Complaint.

- 2 -